UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 4:23CR 00198 JM |
| | ) | |
| v. | ) | 18 U.S.C. § 922(o) |
| | ) | 18 U.S.C. § 922(g)(1) |
| JAVIN CRANFORD | ) | |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT 1

On or about April 18, 2023, in the Eastern District of Arkansas, the defendant,

JAVIN CRANFORD,

knowingly possessed a machinegun, that is: a Glock, model 19, 9mm pistol, bearing serial number BMMB686, equipped with a machinegun conversion device, which enabled the weapon to shoot automatically more than one shot, without manual reloading, by a single function of the trigger.

All in violation of Title 18, United States Code, Section 922(o).

### COUNT 2

A. On or about April 18, 2023, the defendant,

JAVIN CRANFORD,

had been previously and knowingly convicted of one or more of the following crimes punishable by a term of imprisonment exceeding one year:

1. Robbery, in Garland County, Arkansas, Circuit Court in Case Number 26CR-15-637; and

2. Robbery, in Grant County, Arkansas, Circuit Court in Case Number 27CR-16-77.

1

B. On or about April 18, 2023, in the Eastern District of Arkansas, the defendant,

JAVIN CRANFORD,

knowingly possessed, in and affecting commerce, a firearm, that is: a Glock, model 19, 9mm pistol, bearing serial number BMMB686, in violation of Title 18, United States Code, Section 922(g)(1).

## FORFEITURE ALLEGATION 1

Upon conviction of the offense alleged in Counts 1 or 2 of this Indictment, the defendant, JAVIN CRANFORD, shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d), Title 21, United States Code, Section 853, and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in the commission of the offense.

[END OF TEXT. SIGNATURE PAGE ATTACHED.]